CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAY 3 0 2013**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

|  |  |  |
|---|---|---|
| **MARY SHARON WALKER,** | ) | |
| | ) | **Civil Action Nos.: 7:12-cv-564;** |
| **Plaintiff,** | ) | **7:12-cv-615** |
| **v.** | ) | |
| | ) | <u>**ORDER**</u> |
| **NEW ENGLAND COMPOUNDING** | ) | |
| **PHARMACY INC. et al.,** | ) | **Hon. James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Defendants.** | ) | |
| | ) | |
| **BASIL E. PROFFITT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **NEW ENGLAND COMPOUNDING** | ) | |
| **PHARMACY INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

### ADJUDGED AND ORDERED

that the Motions for Reconsideration (ECF Nos. 28, 27) are **DENIED.**

The Clerk is directed to send copies of this order to counsel of record for all parties.

ENTER: This _30th_ day of May, 2013.

_____
Hon. James C. Turk
Senior United States District Judge